

| | BLACKMAN & MELVILLE, P.C | |
|---|---|---|
| Nigel E. Blackman, Esq.<br>Admitted in NY | **Main Office:**<br>11 Broadway, Suite 615, New York, NY 10004<br>Tel: (718) 576-1646, 770-222-8240. Fax: (718) 228-8795, (718) 865-8357<br>Mailing Address:<br>1557 Buford Dr., #491930<br>Lawrenceville, GA 30049<br>Email: sheryn@bmlawonline.com | Denise A. Melville-Blackman, Esq.<br>Admitted in NY & GA |

May 9th, 2019

Hon. Nancy Hershey Lord
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

                      RE: Malvin J. Walker
                     Docket No: **19-42832**

Dear Judge Lord,

    Please be advised that this office represents the debtor in the above captioned case.

    The debtor herein submits that the filing of this bankruptcy matter is proper as the debtor has property located in New York, the address being 931 Fulton Street, Brooklyn, NY 11238.

    This information will be furnished upon the debtor's schedules which will be filed very soon.

    As such we ask that the court please allow this bankruptcy filing to begin processing.

    Thanking you in anticipation of a favorable result.

                                                Respectfully,

                                               *Sheryn Vangenderen*
                                               _____

                                    Sheryn Vangenderen L.L.B.
                                       Legal Case Manager
                                 (718) 576 1646 ext.: 1003